IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STERLING AND WILSON SOLAR SOLUTIONS INC., | ) ) ) |
| Plaintiff, | ) Case No. 3:23-cv-01110-MEM |
| v. | ) (Mannion, Judge) ) |
| BANK OF AMERICA, N.A., | ) ) |
| Defendant. | ) |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT
### OF PLAINTIFF STERLING AND WILSON SOLAR SOLUTIONS INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, who is Sterling and Wilson Solar Solutions Inc., makes the following disclosure:

1. Is the party a non-governmental corporate party?

   ☒ YES    ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

   **Plaintiff is wholly owned by Sterling and Wilson International Solar FZCO, a company organized and existing under the laws of the United Arab Emirates.**

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation.

   **See answer to Number 2. Sterling and Wilson International Solar FZCO is wholly owned by Sterling and Wilson Renewable Energy Limited, which is traded on the National Stock Exchange of India.**

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

**Dated**: July 5, 2023

Respectfully submitted,

**Sterling and Wilson Solar Solutions Inc.**

/s/ Joseph V. Schaeffer
Joseph V. Schaeffer, Esquire
PA ID No. 323256
jschaeffer@babstcalland.com
Casey Alan Coyle, Esquire
ccoyle@babstcalland.com
PA ID No. 307712
BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.
Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, PA 15222
(412) 394-5400 – Phone
(412) 394-6576 – Facsimile

David Dehoney, Esquire
NY ID No. 4616595
*pro hac vice forthcoming*
ddehoney@mrllp.com
MICHELMAN & ROBINSON, LLP
605 Third Ave., 30th Floor
New York, NY 10158
(212) 730-7700 – Phone
(212) 730-7725 – Facsimile

Seth Darmstadter, Esquire
IL ID No. 6284759
*pro hac vice forthcoming*
sdarmstadter@mrllp.com

        Matthew R. Lasky, Esquire
        IL ID No. 6318140
        mlasky@mrllp.com
        *pro hac vice forthcoming*
        MICHELMAN & ROBINSON, LLP
        1 North Wacker Dr., Suite 2180
        Chicago, IL 60606
        (312) 638-5671 – Phone
        (312) 638-5672 – Facsimile

## **CERTIFICATE OF SERVICE**

I certify that, on July 5, 2023, I filed the foregoing **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF STERLING AND WILSON SOLAR SOLUTIONS INC.** with the Court's CM/ECF system and caused a copy of the same to be served in the following manner:

**Certified Mail**
Bank of America, N.A.
c/o CT Corporation System
600 North 2nd Street, Suite 401
Harrisburg, PA 17101

**First Class U.S. Mail, Postage Prepaid**
Bank of America, N.A.
Attn: General Counsel
Bank of America Corporate Center
100 North Tryon Street
Charlotte, NC 28255

/s/ Joseph V. Schaeffer
Joseph V. Schaeffer, Esquire
PA ID No. 323256
jschaeffer@babstcalland.com
BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.
Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, PA 15222
(412) 394-5400 – Phone
(412) 394-6576 – Facsimile