# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STERLING AND WILSON SOLAR SOLUTIONS INC., | )<br>)<br>) |
| Plaintiff, | ) Case No. 3:23-cv-01110-MEM |
| v. | ) (Mannion, Judge)<br>) |
| BANK OF AMERICA, N.A., | )<br>) |
| Defendant. | ) |

## LR 5.1(f) TABLE OF CONTENTS FOR EXHIBITS TO STERLING AND WILSON SOLAR SOLUTIONS INC.'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to LR 5.1(f), Plaintiff Sterling and Wilson Solar Solutions Inc. ("Sterling") submits this Table of Contents for the exhibits to its Motion for Temporary Restraining Order and Preliminary Injunction:

| | |
|---|---|
| **Exhibit 1** | Declaration of Gaurav Bhandari & Exhibits A-F thereto |
| **Exhibit A** | June 23, 2023 Demand by Montague Solar, LLC upon Bank of America, N.A. Letter of Credit |
| **Exhibit B** | Engineering, Procurement and Construction Agreement by and between Sterling and Wilson Solar Solutions Inc. and Montague Solar, LLC (Motion for leave to file under seal forthcoming) |
| **Exhibit C** | April 19, 2023 Commercial Operation Certificate |

| | |
|---|---|
| **Exhibit D** | April 21, 2023 Correspondence Between Portland General Electric Company and Avangrid Inc. |
| **Exhibit E** | April 14, 2023 Certification of Commercial Operation |
| **Exhibit F** | April 21, 2023 Correspondence Between Portland General Electric Company and Avangrid Inc.[1] |
| **Exhibit 2** | Declaration of Bahadur Sam Dastoor |

**Dated**: July 5, 2023

Respectfully submitted,

**Sterling and Wilson Solar Solutions Inc.**

/s/ Joseph V. Schaeffer
Joseph V. Schaeffer, Esquire
PA ID No. 323256
jschaeffer@babstcalland.com
Casey Alan Coyle, Esquire
ccoyle@babstcalland.com
PA ID No. 307712
BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.
Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, PA 15222
(412) 394-5400 – Phone
(412) 394-6576 – Facsimile

David Dehoney, Esquire
NY ID No. 4616595

---

[1] Exhibit D inadvertently was attached to the Bhandari Declaration in duplicate as Exhibit F. Any references in the Bhandari Declaration to Exhibit F should be understood as references to Exhibit D.

–1–

–2–

*pro hac vice forthcoming*
ddehoney@mrllp.com
MICHELMAN & ROBINSON, LLP
605 Third Ave., 30th Floor
New York, NY 10158
(212) 730-7700 – Phone
(212) 730-7725 – Facsimile

Seth Darmstadter, Esquire
IL ID No. 6284759
*pro hac vice forthcoming*
sdarmstadter@mrllp.com
Matthew R. Lasky, Esquire
IL ID No. 6318140
*pro hac vice forthcoming*
mlasky@mrllp.com
*pro hac vice forthcoming*
MICHELMAN & ROBINSON, LLP
1 North Wacker Dr., Suite 2180
Chicago, IL 60606
(312) 638-5671 – Phone
(312) 638-5672 – Facsimile

## **CERTIFICATE OF SERVICE**

I certify that, on July 5, 2023, I filed the foregoing **LR 5.1(f) TABLE OF CONTENTS FOR EXHIBITS TO STERLING AND WILSON SOLAR SOLUTIONS INC.'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** with the Court's CM/ECF system and caused a copy of the same to be served in the following manner:

**Certified Mail**
Bank of America, N.A.
c/o CT Corporation System
600 North 2nd Street, Suite 401
Harrisburg, PA 17101

**First Class U.S. Mail, Postage Prepaid**
Bank of America, N.A.
Attn: General Counsel
Bank of America Corporate Center
100 North Tryon Street
Charlotte, NC 28255

/s/ Joseph V. Schaeffer
Joseph V. Schaeffer, Esquire
PA ID No. 323256
jschaeffer@babstcalland.com
BABST, CALLAND, CLEMENTS &
ZOMNIR, P.C.
Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, PA 15222
(412) 394-5400 – Phone
(412) 394-6576 – Facsimile