# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, **Seth Darmstadter**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Michelman & Robinson, LLP

1 North Wacker Dr., Suite 2180

Chicago, IL 60606

Office Telephone: (312) 638-5671

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Illinois Supreme Court (2005); U.S. District Court for the Northern District of Illinois (2005); U.S. Court of Appeals for the Seventh Circuit (2007)

My attorney Identification number is: 6284759 (IL)

---

**FOR COURT USE ONLY**

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____ Date: _____

_✓_ SPECIAL ADMISSION:

GRANTED BY THE COURT [signature]   Date: 7/6/23