UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

**PETITION**

I, David Dehoney, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Michelman & Robinson, LLP

605 Third Ave., 30th Floor

New York, NY 10158

Office Telephone: (212) 730-7700

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

New York (July 2008); U.S. District Courts for the Southern and Eastern Districts

of New York (May 2009); U.S. Court of Appeals for the Fourth Circuit (July 2021)

My attorney Identification number is: 4616595 (NY)

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT [signature]     Date: 7/6/23