FILED
HARRISBURG, PA

JUL - 7 2023

_____ IBL _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STERLING AND WILSON SOLAR )
SOLUTIONS INC., )
　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　Plaintiff, ) Case No. 3:23-cv-01110-MEM
v. ) (Mannion, Judge)
　　　　　　　　　　　　　　　　　　　　　 )
BANK OF AMERICA, N.A., )
　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　Defendant. )

## PLAINTIFF STERLING AND WILSON SOLAR SOLUTIONS INC.'S
## MOTION TO FILE DOCUMENT UNDER SEAL

Plaintiff Sterling and Wilson Solar Solutions Inc. ("Sterling") moves this Court, pursuant to LR 5.8 and LCrR 49, to file a certain document under seal.

WHEREFORE, Sterling respectfully requests the Court grant this Motion and to allow the attached document to be filed under seal.

Dated: July 5, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**Sterling and Wilson Solar**
　　　　　　　　　　　　　　　　　　　　　**Solutions Inc.**

　　　　　　　　　　　　　　　　　　　　　/s/ Joseph V. Schaeffer
　　　　　　　　　　　　　　　　　　　　　Joseph V. Schaeffer, Esquire
　　　　　　　　　　　　　　　　　　　　　PA ID No. 323256
　　　　　　　　　　　　　　　　　　　　　jschaeffer@babstcalland.com
　　　　　　　　　　　　　　　　　　　　　Casey Alan Coyle, Esquire
　　　　　　　　　　　　　　　　　　　　　ccoyle@babstcalland.com
　　　　　　　　　　　　　　　　　　　　　PA ID No. 307712
　　　　　　　　　　　　　　　　　　　　　BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.
　　　　　　　　　　　　　　　　　　　　　Two Gateway Center, 6th Floor
　　　　　　　　　　　　　　　　　　　　　603 Stanwix Street

Pittsburgh, PA 15222
(412) 394-5400 – Phone
(412) 394-6576 – Facsimile

David Dehoney, Esquire
NY ID No. 4616595
*pro hac vice forthcoming*
ddehoney@mrllp.com
MICHELMAN & ROBINSON, LLP
605 Third Ave., 30th Floor
New York, NY 10158
(212) 730-7700 – Phone
(212) 730-7725 – Facsimile

Seth Darmstadter, Esquire
IL ID No. 6284759
*pro hac vice forthcoming*
sdarmstadter@mrllp.com
Matthew R. Lasky, Esquire
IL ID No. 6318140
*pro hac vice forthcoming*
mlasky@mrllp.com
*pro hac vice forthcoming*
MICHELMAN & ROBINSON, LLP
1 North Wacker Dr., Suite 2180
Chicago, IL 60606
(312) 638-5671 – Phone
(312) 638-5672 – Facsimile

## LR 7.1 CERTIFICATION

I, Joseph V. Schaeffer, counsel for Sterling and Wilson Solar Solutions Inc., certify under LR 7.1 that concurrence was sought from Bank of America, N.A., by email dated July 5, 2023 in the relief sought in the foregoing Plaintiff Sterling and Wilson Solar Solution Inc.'s Motion to File Document Under Seal. Bank of America, N.A. did not respond to this request before the filing of the aforementioned Motion.

/s/ Joseph V. Schaeffer
Mark K. Dausch, Esquire
PA ID No. 205621
mdausch@babstcalland.com
Joseph V. Schaeffer, Esquire
PA ID No. 323256
jschaeffer@babstcalland.com
BABST, CALLAND, CLEMENTS &
ZOMNIR, P.C.
Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, PA 15222
(412) 394-5655 – Phone
(412) 394-6576 – Facsimile

## CERTIFICATE OF SERVICE

I certify that, on July 5, 2023, I filed the foregoing **PLAINTIFF STERLING AND WILSON SOLAR SOLUTIONS INC.'S MOTION TO FILE DOCUMENT UNDER SEAL** with the Court's CM/ECF system and caused a copy of the same to be served in the following manner:

**Certified Mail and FedEx Overnight**
Bank of America, N.A.
c/o CT Corporation System
600 North 2nd Street, Suite 401
Harrisburg, PA 17101

**First Class U.S. Mail, Postage Prepaid**
Bank of America, N.A.
Attn: General Counsel
Bank of America Corporate Center
100 North Tryon Street
Charlotte, NC 28255

/s/ Joseph V. Schaeffer
Joseph V. Schaeffer, Esquire
PA ID No. 323256
jschaeffer@babstcalland.com
BABST, CALLAND, CLEMENTS &
ZOMNIR, P.C.
Two Gateway Center, 6th Floor
603 Stanwix Street
Pittsburgh, PA 15222
(412) 394-5400 – Phone
(412) 394-6576 – Facsimile