## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STERLING AND WILSON SOLAR SOLUTIONS INC., | ) ) ) |
| Plaintiff, | ) Case No. 3:23-cv-01110-MEM |
| v. | ) (Mannion, Judge) ) |
| BANK OF AMERICA, N.A., | ) ) |
| Defendant. | ) |

### ORDER

AND NOW, this _____ day of July, 2023, upon consideration of Plaintiff's Motion to File Document Under Seal, it is hereby ORDERED that the Motion is GRANTED. The document attached to the Motion shall be filed under seal.

**BY THE COURT:**

_____
J.